**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7185**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

ETOYI MONRAY BLOUNT, a/k/a E,

             Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.   Richard L. Voorhees, District Judge.  (5:05-cr-00009-RLV-DCK-31)

Submitted:  November 20, 2012        Decided:  November 27, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Etoyi Monray Blount, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Etoyi Monray Blount appeals the district court's order granting his 18 U.S.C. § 3582(c) (2006) motion.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm. See United States v. Blount, No. 5:05-cr-00009-RLV-DCK-31 (W.D.N.C. July 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court granted Blount's § 3582 motion, the reduction granted by the court did not reduce Blount's sentence to the full extent he requested.